IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RODNEY SHEPHERD, | : |
| | : |
| Petitioner, | : |
| | : |
| VS. | : |
| | : NO. 3:22-CV-55-CAR-CHW |
| BRIAN SHAVER; *et al.*, | : |
| | : |
| Respondents. | : |

## ORDER

Petitioner Rodney Shepherd, a prisoner incarcerated in Calhoun State Prison in Morgan, Georgia, filed a 28 U.S.C. § 2254 petition challenging his September 3, 2008 conviction in the Athens-Clarke County Superior Court. ECF No. 1. The Court ordered him to recast his petition and file a certified copy of his trust fund account. ECF No. 5. He was given fourteen days to comply. *Id*. Petitioner did not respond to the Order. The Court, therefore, ordered Petitioner to show cause why his action should not be dismissed for failure to follow the Court's Order and prosecute his action. ECF No. 6. Petitioner has not responded to the Order to Show Cause.

Due to Petitioner's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 27th day of July, 2022.

s/ C. Ashley Royal
_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT